# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

'04 JAN 23 P2 :47

UNITED STATES OF AMERICA

v.

SOFRON B. NEDI...
CLERK

William Martin DOB ▮-1971)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-M-715

I, **Patrick C. Lynch**, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about in the period commencing October 2003 to December 2003, in the City of Beaver Dam, County of Dodge in the State and Eastern District of Wisconsin, WILLIAM MARTIN (DOB ▮1971), the defendant herein, did use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct which such visual depiction was transported in interstate commerce from Wisconsin to Michigan by computer; All in violation of Title 18, United States Code, Section 2251(a).

I further state that I am a special agent for the Federal Bureau of Investigation, and that this complaint is based on the following facts:

Please See Attached Affidavit

Continued on the attached sheet and made a part hereof:   X Yes ___ No

_Patrick C. Lynch_
**Patrick C. Lynch**
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 23 2004          at 12:30 AM            Green Bay, Wisconsin
Date                                              City and State

**JAMES R. SICKEL**
United States Magistrate Judge
Name & Title of Judicial Officer

_signature_
Signature of Judicial Officer

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE ARREST OF
WILLIAM N. MARTIN
DOB ▮/71

AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Patrick C. Lynch, being duly sworn, depose and say that:

1. I have been employed as a Special Agent of the FBI for sixteen years, and am currently assigned to the Milwaukee Division, Green Bay Resident Agency. In that capacity, I am charged with conducting investigations of violations of federal law including child pornography, coercion and enticement, and sexual abuse of a minor.
2. I have gained experience in the conduct of such investigations through my case investigations and through formal training. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.
3. This affidavit is being submitted in support of an Application for an Arrest Warrant for William N. Martin, DOB 06/28/71 residing at the residential property located at 303 1/2 East South Street, Beaver Dam, Wisconsin. for violations of Title 18, Section 2251, entitled "Sexual Exploitation of Children.
4. Based upon the information summarized in this application, I have reason to believe that probable cause exists that identified individual has committed such violations.
5. The factual information supplied in this affidavit is based upon investigation by FBI Milwaukee and the investigation of other FBI and Immigration and Customs Enforcement (ICE) agents in this matter to date.

7. Through prior investigation U.S. Immigration and Customs Enforcement (ICE), FBI Special Agents, and local authorities arrested CW1 in the state of Michigan, who subsequently confessed to possession of over 3,000 child pornography images and molesting two of his children.

8. Interviews of CW1 lead to the identification of the Yahoo! ID "bsomesmoke" as belonging to William Martin, residing in City of Beaver Dam, county of Dodge, State and Eastern District of Wisconsin. CW1 stated that Martin runs a flophouse for boys, and that Martin told CW1 that he would take in the boys from their mothers and provide drugs to the mothers to occupy them.

9. CW1 stated he has viewed a live web cam video broadcast from Martin to CW1 in Michigan, depicting two boys, Kyle (age 9) and Keven (age 11), engaging in sex, with Martin sometimes joining in with the boys. CW1 has also witnessed Martin perform oral and anal sex on Kyle via a web cam video broadcast. CW1 knows the ages and names of the boys because Martin has told them to him during internet chat sessions between the two men.

10. Pursuant to CWI statements and a review of the chat logs, these transmissions occurred sometime between October and December 2003. CW1 stated that he had arrangements to meet Martin sometime in December..

11. ICE agents performed a computer analysis on the computers used by CW1 pursuant to the search warrants executed at CW1's. The computer analysis revealed a total of 48 internet chat logs between CW1's Yahoo! ID and "bsomesmoke". The internet chats occurred between October 28, 2003 and December 3, 2003.

12. The FBI and ICE has identified that the following individual is associated with the Yahoo ID "bsomesmoke": William N. Martin, DOB 6/28/71, 303 1/2 E. South Street, Beaver Dam, WI, telephone number (920) 318-9184. This identification was made in the following way:

13. An administrative subpoena was issued to Yahoo in December 2003. Yahoo provided a response to the subpoena on December 10, 2003, which resulted in the following identifying information:

    13.1 The Yahoo ID "bsomesmoke" was created on May 22, 2003 from the Internet Protocol (IP)address 68.112.181.130 The Yahoo ID has a Yahoo email address of bsomesmoke@yahoo.com.

    13.2 The registering name for this account was Mr. Bill Smokesmoke.

    13.3 The Yahoo ID "bsomesmoke" logged into Yahoo 42 times between November

18, 2003 and December 8, 2003. All 42 logins were from IP address 68.112.176.232.

14. An administrative subpoena was issued to Charter Communications on December 11, 2003. Charter Communications provided a response to the subpoena on December 15, 2003, which resulted in the following identifying information:

17.1 The IP address 68.112.176.232 is assigned to subscriber Mary Cropp, 303 1/2 East South Street, Beaver Dam, Wisconsin, telephone number (920) 318-9184.

15. An administrative subpoena was issued to Sprint to determine the subscriber for telephone (920) 318-9184. Sprint provided a response to the subpoena on January 12, 2004, which resulted in the following identifying information:

15.1 The customer on the account is William Martin, 303 1/2 E South St, Beaver Dam, WI, 53916, social security account number 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, DOB 06/28/71. The account has been active since 10/1/2002.

16. A check with the United States Postal Service determined that:

16.1 William Martin and Mary Cropp are currently receiving mail at 303 1/2 East South Street, Beaver Dam, WI.

16.2 On July 7, 2003, William Martin forwarded his mail from 225 East South Street to 303 1/2 East South Street, Beaver Dam, WI.

17. A check with the Beaver Dam Police Department revealed the following information:

17.1 On May 28, 2003, Mary Cropp was interviewed at 303 1/2 East South Street, Beaver Dam, WI regarding the location of her son, Joel Kline. Kline was being sought in connection for failure to register as a sex offender. Cropp advised she did not know the location of her son, but indicated that he and William Martin associated with each other.

17.2 On, June 4, 2003, a Beaver Dam Officer interviewed William Martin at 225 East South Street regarding Kline's location. This was Martin's residence at the time. The officer obtained consent to search Martin's residence and observed two disassembled beds and mattresses and a digital camera and video equipment in the same general area of the home. Martin advised he had computer equipment that he could download his photos and films from his camera and camcorder to his computer directly.

18. The internet chat logs between CW1 and "bsomesmoke" contain the following relevant information:

18.1 Martin indicates he has web-camed with other individuals and knows there are not police

18.2 Martin identifies "Kevin", "Kyle", "Ian", "Matt", and "Dylan" as being children in his care

18.3 Martin indicates that he destroyed a lot of his pictures following an encounter with Beaver Dam Police at his residence in November 2003.

18.4 Martin indicates that Kyle has performed oral sex on him.

18.5 Martin indicates he has pictures of "Matt" ejaculating and offers to send CW1 an encrypted CD's containing photos in return for a DVD writer.

18.6 Martin had "Kyle" and "Kevin" on an internet web camera for CW1 to view and one of them inserts a finger into his rectum.

18.7 Martin indicates he has videos of "Matt" masturbating and of a man ejaculating on his face

18.8 CW1 indicates to Martin that he has received an internet video with Kyle and Kevin and an unnamed man identified as "the master". Martin is upset this was released because he does not trade with people unless he knows they are "active".

19. On January 22, 2004, FBI Agents and Beaver Dam police officers conducted surveillance at 303 1/2 East South Street, Beaver Dam, WI

19.1 The surveillance team observed an individual they visually identified as William Martin. This identification was made based on a copy of a Wisconsin Driver's license photograph of Martin provided to the surveillance team.

19.2 While at 108 West Davis St, Martin picked up a juvenile who appeared to be less than sixteen years of age and drove back to 303 1/2 East South Street. Martin and the juvenile both disappeared around the east side of the house, which is in the vicinity of the door that goes to the upper unit of 303, which is the 303 1/2 address.

19.3 At 7:20 A.M., two juvenile males appearing less than 16 years of age, appeared from the east side of the residence carrying plastic garbage bags which they deposited on the curb in the front of 303 East South Street. The juveniles walked around the east side of the residence and disappeared from sight.

19.4 At 7:25 A.M., the three juvenile males entered a Plymouth mini-van bearing

Wisconsin registration 537-GAB, and the van proceeded westbound and then southbound toward the vicinity of Jefferson Elementary School.

19.5 At approximately 8:32 A.M., two juvenile males and Martin exited the west side door of 108 West Davis and entered the mini-van. Martin drove directly to Jefferson Elementary School and dropped the juveniles off.

19.6 Martin then returned to 108 West Davis Street. At approximately 8:52 A.M., Martin drove back to Jefferson Elementary School and was observed approaching the front doors of the school. It could not be determined if he had any passengers during this trip.

19.7 At approximately 8:58 A.M., Martin returned to 108 West Davis St, and entered the west-side door of the residence where he remained for several hours.