UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.                                Case No.  04-CR-40

WILLIAM MARTIN, and
ADAM BROWN,

        Defendants.

## PRELIMINARY ORDER OF FORFEITURE

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of a plea agreement, and in consideration of the guilty pleas of

a.      defendant Martin to Counts Two, Four, and Thirteen of the Fourth Superseding Indictment on May 13, 2005, defendant Martin agrees to the forfeiture of his interest in property named in the forfeiture provision of the Fourth Superseding Indictment filed September 23, 2004; and

b.      defendant Adam Brown to Counts One and Four of the Fourth Superseding Indictment on March 30, 2005, defendant Brown agrees to the forfeiture of his interest in property named in the forfeiture provision of the Fourth Superseding Indictment filed September 23, 2004.

**IT IS HEREBY ORDERED** that any right, title and interest of the defendant in the property described below is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253:

1. One Seagate Baracuda ST380011A hard drive, serial number 5JV09DEH;

2. One Western Digital WD300BB-32CCB hard drive, serial number WMA9U1494390;

3. One Maxtor Diamond Max +9 hard drive, serial number Y251NSE;

4. One Western Digital WD800JB-00CRA1 hard drive, serial number WMA8E7975534;

5. One System Pro Generic Mid-Tower CPU, no serial number;

6. One Nikon CoolPix Digital Camera, model E990, serial number 30009000;

7. One Olympus Digital Camera, model D-400 Zoom, serial number 48502039;

8. One JVC Digital Dualcam MiniDV CamCorder, serial number 10530707;

9. Approximately seven DVD disks; and

10. Any equipment, instrumentalities, and items used or intended to be used in the production, receiving, distribution, or possession of child pornography.

**IT IS FURTHER ORDERED** that the above items shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 18, United States Code, Section 2253(m)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

**IT IS FURTHER ORDERED** that this Order be incorporated by reference in their respective Judgment and Commitment Orders.

Dated at Green Bay, Wisconsin, this 25th day of May, 2005.

s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
UNITED STATES DISTRICT JUDGE