UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 04-CR-40

WILLIAM N. MARTIN, JR.,

    Defendant.

**ORDER GRANTING MOTION TO SEAL**

Attorney Tom Phillip, counsel for Defendant William Martin, Jr., has filed a Motion requesting Docket 245 be filed under seal. The motion indicates that the government does not object to the request.

**IT IS THEREFORE ORDERED** that Docket #245 be filed under seal.

Dated this __1st__ day of August, 2005.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge