# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

HONORABLE WILLIAM C. GRIESBACH, presiding
August 4, 2005

Case No.: 04-CR-40

Deputy Clerk: Cheryl
Court Reporter: Richard Kienbaum
Begin: 1:30 pm
End: 2:24 pm

UNITED STATES OF AMERICA
v.
WILLIAM N. MARTIN, JR.

## SENTENCING MINUTES

United States by: William J. Roach

Defendant: William N. Martin, Jr., in person, and by

Defense Counsel: Thomas E. Phillip

Probation Officer: Mitch Farra

Interpreter: ☒ None   ☐ Sworn

---

☐   Probation

_____ years on Count(s) _____ of the _____

☒   Custody of Bureau of Prisons:

20 years on Count(s) 2 of the 4th SS indictment
20 years on Count(s) 4 of the "  "  "  "
10 years on Count(s) 13 of the "  "  "  "

to run concurrently/consecutively for a total term of 50 years

☒   Supervised Release:

3 years on Count(s) 2 of the 4th SS indictment
3 years on Count(s) 4 of the "  "  "  "
3 years on Count(s) 13 of the "  "  "  "

to run concurrently/consecutively for a total term of 9 years.

Parties to review 18 section 3624(E) regarding supervised release

COUNT(S) _____ of the (Superseding) Indictment are DISMISSED on motion of Government.

Special Conditions of Supervised Release:
- ☒ Report within 72 hours of release from imprisonment.
- ☒ No firearms/dangerous weapons.
- ☒ No illegal possession of controlled substance.
- ☐ Reside for _____ days in a community correctional center.
- ☐ Cooperate with BICE.
- ☐ Drug/Alcohol testing and treatment.
- ☐ Participate in a mental health treatment program and take prescribed medication.
- ☐ Not allowed to work at or ~~patronize~~ taverns.
- ☒ Pay any balance of the fine/restitution at a rate of not less than $ 100.⁰⁰ per month.
- ☒ No new lines of credit.
- ☒ Financial Disclosure.
- ☐ No Gambling.
- ☒ Cooperate in the collection of DNA.
- ☐ No employment having fiduciary responsibilities.
- ☒ Participate in a sexual offender mental health treatment program.
- ☐ Cooperate with the Child Support Enforcement Unit.
- ☐ Cooperate with IRS, submit delinquent returns, and pay back taxes and interest.
- ☐ Provide USPO with computer pseudonyms, passwords, logons.
- ☒ Consent to unannounced exam of computer equipment.
- ☒ Waive rights to confidentiality re sex offender mental health treatment.
- ☒ No possession of pornography/erotica of minors
- ☒ Register as a convicted sex offender.
- ☐ No computer usage.
- ☒ subject to searches w/o prior notice or warrant
- ☒ No contact w/ children under 18.
- ☒ No contact w/ victims.

Fine: $ 5,000

- ☐ Fine is waived due to defendant's inability to pay.
- ☐ Interest on fine is waived.
- ☐ Defendant is to participate in FBP Inmates' Financial Responsibility Program.

Restitution: $ 2078.⁰¹ joint + several w/ co-defendants

Forfeiture: Shall be incorporated into judgment

Special Assessment: $ 300.00
($100.00 as to each count)

☒ To be paid as soon as possible.

☐ Other: _____

☒ DEFENDANT ADVISED OF RIGHT TO APPEAL.

Custody:

☒ Defendant is remanded to the custody of the U.S. Marshal.

☐ Execution of this sentence is stayed until _____.

☐ Defendant is to voluntarily surrender.

Recommendations:

☒ Facility: Devens, MA or Butner N.C.

☐ 500-hour drug program.

☐ Boot camp.

☐ Shock Incarceration program.

☐ Other: _____

U.S. v. Wm. Martin                08-04-05
04-CR-40                          Sentencing

2 pt enhancement re: restraint in Ct. 13.
def & govt agree enhancement is correct in
that it does not ~~gether~~ change end result.
Govt moves for upward departure
for extreme conduct, however max. is 50 years.

The court adopts the factual statements
in the PSR as its findings & applies
2 pt. enhancement for restraint in Ct. 13.

The court adopts the application of the
guidelines to the facts as stated in PSR.

Statement from Clark family read by
FBI VW ~~specialist~~ Karen Shepherd.

Govt. states acts are unspeakable
50 years appropriate punishment and in
best interest of victims and in a sense is
a life sentence.

Def. also recommends 50 years, the maximum
sentence. Mr. Martin made choices which were
somewhat circumscribed by his life's circumstances.
Mr. Martin has provided debriefing to law enforcement.

US v. Martin　　　　　　　　　　　　　8-4-05
04 CR-40　　　　　　　　　　　　　　Sentencing

Def. recommends 50 years, 9 y SR, no fine + over $ 2,000.00 restitution.
Request for placement in Devens MA or Butner N.C., which may be able to provide treatment for the defendant.
Defendant addresses the Court.

Court states Mr. Martin is classified as a sexual predator.
Court considers seriousness of the offense — the need to protect children from any future abuse. Def is responsible for his conduct.

Court imposes sentence. Court will modify supervised release, if necessary under 18 § 3624(E).

Case 1:04-cr-00040-WCG   Filed 08/04/05   Page 5 of 5   Document 254