Notice of Lien for Fine and/or Restitution
Imposed Pursuant to the Anti-Terrorism
and Effective Death Penalty Act of 1996

NOTICE is hereby given of the placement of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, Section 3613(c), a fine or an order of restitution imposed pursuant to the provisions of Subchapter C of Chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any state or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

If payment becomes past due, penalties totaling up to 25% of the principal amount past due may arise. Title 18, United States Code, Section 3612(g).

Office of the U.S. Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

| | |
|---|---|
| **NAME OF DEFENDANT:** | William Martin |
| **RESIDENCE:** | 1424 Nelson Drive<br>Machesney Park, IL 61115-2650 |
| **COURT NUMBER:** | 04-CR-0040 |
| **DATE OF JUDGMENT:** | August 4, 2005 |
| **AMOUNT OF JUDGMENT:** | $7,378.01 |
| **COURT IMPOSING JUDGMENT:** | United States District Court<br>Eastern District of Wisconsin |
| **RATE OF INTEREST:** | 0% |

**IMPORTANT RELEASE INFORMATION:** The lien described above will expire pursuant to the provisions of 18 USC § 3613(b), but no later than 20 years from the date of judgment plus any term of incarceration.

This notice was prepared and signed at Milwaukee, Wisconsin, on the 2nd day of September, 2005.

        STEVEN M. BISKUPIC
        United States Attorney

By:   s/ Mel S. Johnson
      For    William J. Roach

**WILLIAM J. ROACH**
Assistant United States Attorney

SERIAL NUMBER: 05-0112