UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                          Case No. 04-CR-40

WILLIAM MARTIN and
ADAM BROWN,

        Defendants.

## FINAL ORDER AND JUDGMENT

The court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney William J. Roach, and being satisfied that the terms and provisions of Title 18, United States Code, Section 2253 have been satisfied,

**IT IS ORDERED**, pursuant to Title 18, United States Code, Section 2253, that the United States of America has clear title to the following property and may dispose of according to law:

1. One Seagate Baracuda ST380011A hard drive, serial number 5JV09DEH;

2. One Western Digital WD300BB-32CCB hard drive, serial number WMA9U1494390;

3. One Maxtor Diamond Max +9 hard drive, serial number Y251NSE;

4. One Western Digital WD800JB-00CRA1 hard drive, serial number WMA8E7975534;

5. One System Pro Generic Mid-Tower CPU, no serial number;

6. One Nikon CoolPix Digital Camera, model E990, serial number 30009000;

7. One Olympus Digital Camera, model D-400 Zoom, serial number 48502039;

8. One JVC Digital Dualcam MiniDV CamCorder, serial number 10530707;

9. Approximately seven DVD disks; and

10. One Kodac DC290 digital camera, serial number EKT00303307.

Dated at Green Bay, Wisconsin, this 4th day of October, 2005.

                                                  s/ William C. Griesbach
                                                  HONORABLE WILLIAM C. GRIESBACH
                                                  United States District Judge