FOR THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| WILLIAM N. MARTIN JR., <br> Petitioner, <br> v. <br> UNITED STATES OF AMERICA <br> AUSA WILLIAM ROACH, <br> Respondant | CRIMINAL CASE No. 04-CR-40 <br><br> USDC EDWI <br> FILED IN GREEN BAY DIV <br> NOV 18 2010 <br> AT____O'CLOCK____M <br> JON W. SANFILIPPO |

## MOTION TO REQUEST A RESPONSE

I, WILLIAM N. MARTIN JR., PETITIONER, REQUESTS THAT THE UNITED STATES GOVERNMENT, ASSISTANT UNITED STATES ATTORNEY, WILLIAM ROACH AND THE COURTS RESPOND TO THIS PETITIONERS PETITION TO SHOW CAUSE, FILED ON SEPTEMBER 13th, 2010 IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF WISCONSIN, GREEN BAY DIVISION, DOCUMENT NO. 279. THIS PETITIONER IS SUFFERING EXTREME HARDSHIPS THAT HE FEELS ARE A DIRECT RESULT OF THE FACTS OUTLINED IN DOCUMENT NO. 279. THE PETITIONER FEELS THE AUSA, WILLIAM ROACH MAY BE UNAWARE OF THESE HARDSHIPS SET FORTH IN DOCUMENT NO. 279, THEREFOR I'M ATTEMPTING TO BRING THIS INFORMATION TO THE ATTENTION OF THE COURTS AND OF AUSA WILLIAM ROACH.

SUBMITTED THIS 15th DAY OF NOVEMBER, 2010 BY U.S. MAIL BY: /s/ William N. Martin

A HANDWRITTEN COPY OF THIS MOTION HAS BEEN MAILED TO:
  HONORABLE WILLIAM GRIESBACH, UNITED STATES DISTRICT JUDGE,
  WILLIAM ROACH, ASSISTANT UNITED STATES ATTORNEY,
  TOM PHILLIP, FEDERAL DEFENDER.